**Exhibit A to the Complaint**

**Location:** West Chester, PA  
**Total Works Infringed:** 88

**IP Address:** 100.14.104.114  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BE713F5A98E2B6CA0B5E85A8E231872F027E093D<br>File Hash: C289565400FD8438CB4FE86A6D47B2899F5FA7489415044A5E170A5B283AD77C | 07/20/2020 23:01:34 | Vixen | 09/11/2017 | 09/15/2017 | PA0002052839 |
| 2 | Info Hash: 266D7D2CB7B0767E86DBFA6578C5EFD4C9C4BDC8<br>File Hash: 461804B3EAA88A48C2FF568380D37DBB0DA68FDD190090F52D40989D0AEC2BC2 | 07/07/2020 17:28:59 | Blacked Raw | 01/22/2020 | 02/20/2020 | PA0002229057 |
| 3 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 07/07/2020 17:28:52 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 4 | Info Hash: F518524A3E8B5819DB451A88F725D979F728EC34<br>File Hash: 214831A9AE0BDE41D7CC70624EDBDC1409C5DCDC9C98B7E89CCFD1662F95A0E7 | 06/27/2020 04:43:16 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 5 | Info Hash: 6E87B814706368545A7A63DE5F99272C4CD302DF<br>File Hash: F33593A2104E6A752BCA10AE83E95E022C915B2ADE112D98536FCC3C571DCE5C | 06/27/2020 04:35:31 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 6 | Info Hash: 284E4E396F1F787478E836FEEF797DE00E33D5E4<br>File Hash: C73311CD2890C6A77952ECBEDBCAEF582E16811B208D95CF9B9474DE8756B0A7 | 06/27/2020 00:21:13 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 7 | Info Hash: E3A583C6DEFC69FD378AA6017293997693692ECF<br>File Hash: E0FAF6BEA1F4A89CD20AC1663D44E496BEC7768D3B10A75F9EC68A970EADA341 | 06/21/2020 07:08:28 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 8 | Info Hash: 90AF3C86FC0ECD0146DDFE57BFEAA4E26D079194<br>File Hash: 6C07F7106D560D21F03E3A88304E502368948D9E4E838909E453898AD6BEBA00 | 06/18/2020 01:10:36 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash: A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 06/11/2020 18:52:13 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 10 | Info Hash: 6A9C3A31CC22405729F230BE6332DE0A31F7BB38<br>File Hash: DE864C21C0DFA3742AEC23B95F6C8923074845FBA3A4CD279078B5046D7C4BE7 | 06/11/2020 18:51:23 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 11 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash: 3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 06/11/2020 18:50:40 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 12 | Info Hash: D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A<br>File Hash: 5357F350DC180E4750FE7271AC4CB372166EC9146B7D55BDECAD6AD041C6872F | 06/11/2020 18:50:39 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 13 | Info Hash: 0954E53A73B785744AF15D87A9C40DFF62F58E3C<br>File Hash: 00CA5EFEBAD0CB80814FF11D1997821B82C03C2C7CB261DDBF5D0CC767BC0094 | 06/11/2020 18:50:29 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 14 | Info Hash: 498C38E65A191A26E153A7D80BCFBCA20069BDFD<br>File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 06/11/2020 18:50:01 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 15 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 06/11/2020 18:49:44 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 16 | Info Hash: 3288C4741E78D8F7A393134467C6135BCF444DE0<br>File Hash: 42AED6DBDAA494481E3C937D473FCCE9E3A9187C0DB00E6CE4DCD034D7DAD025 | 06/07/2020 20:04:06 | Blacked | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 17 | Info Hash: B0CCD9DE9C373BD3CD7467A688FD334CA280E43D<br>File Hash: 72E74631F4ADA633B04B9331C52924F1A7B9409CADA4E594E20FF2294EA23A82 | 06/05/2020 03:47:17 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: C5066B1D80EAA05D2B14F75F270793B4B5C9C7F7<br>File Hash: F1F789A2C6376053A4B21563798EDDB6213746A5C8A3FEF712C6104986636863 | 05/29/2020 20:07:43 | Blacked | 03/05/2020 | 04/15/2020 | PA0002246102 |
| 19 | Info Hash: 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9<br>File Hash: 8383058EF00B060292F786E70B34EBBEF42CD22837D4C91BE8798014ED5D1E66 | 05/29/2020 19:33:16 | Blacked | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 20 | Info Hash: 6ABA9CF9E4EBF6B07494AD041CFADF9F248F2933<br>File Hash: C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 05/29/2020 18:29:38 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 21 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash: 586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 05/29/2020 18:23:26 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 22 | Info Hash: 06F79434931C13FC439AF646206E698DBF9E6913<br>File Hash: 54F831A3FC2037FD0A192B3EB719A6689B82A4FB1BD39A5875868492F4308E36 | 05/27/2020 05:47:19 | Blacked Raw | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 23 | Info Hash: 6460534667C9B87F796BC4851C96677D2FC64AF9<br>File Hash: 5537C227C4C3EECB6B42F9BE8B477F18A09FCA52B3CC433312CEC96CBAD4ADE7 | 05/20/2020 13:50:08 | Blacked | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 24 | Info Hash: D4BB512F8C0AE6A2925772036D1AD41CDC088861<br>File Hash: 27843D27F39A962E663A89A982202CEAA6BDF03320DCF9B043676AD2E93B3FC1 | 05/20/2020 13:48:22 | Vixen | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 25 | Info Hash: 2CD6CA8C73AB1C2C63B73F55AA87EB05671138BE<br>File Hash: 3D47FAA2CBC2FA1E526449FF1052A591537917F382A839C684EE8616977CEC05 | 05/19/2020 19:05:45 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 26 | Info Hash: B5E46E7274E2F1D6466D971153848365FF02CF0C<br>File Hash: A772D36F9C7E9A3EA3DF436508E0C4AD7562B8579BCC98D2C64C8FC4F1A6CB54 | 05/19/2020 18:00:37 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: DAAB1603971461BD3D663620ED1313A2096BA184<br>File Hash: 208C2094E936E0C81D7BE784548F4DEEC34975FA611D8D2CD633CCB4F288C2C3 | 05/19/2020 17:32:44 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 28 | Info Hash: B8D49215BF4374CBE47FD2D3F46D6F0BCED378C6<br>File Hash: 7A9703274C30670E88D5C893C87B8F218D90C72E0AE6635F0BFB38807695E4B7 | 05/18/2020 18:48:10 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 29 | Info Hash: 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC<br>File Hash: FE6FD35082C56D4DBBAEEFF99C16EAAB45C0602F2365CD617DFDDD89F06D73AD | 05/18/2020 07:02:29 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 30 | Info Hash: AFA50296ECAC1832A852B339BC6BF529E4DA693A<br>File Hash: 33B7ECDD0429547DA62F5138047273C6E8CB3D79BD4A902EF4B06867E9F6CDB4 | 05/18/2020 05:55:56 | Vixen | 01/19/2020 | 02/20/2020 | PA0002237691 |
| 31 | Info Hash: D80229A46F5B9A14A2C1CA5AA18CC184EB161AB5<br>File Hash: 3E401CCAA394CBCC50CF3733A968E37F494456B2B1CF76B12A54FD32CB1B07A3 | 05/16/2020 06:10:15 | Blacked | 11/16/2019 | 12/03/2019 | PA0002232049 |
| 32 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 05/16/2020 05:46:05 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 33 | Info Hash: 1FE738BEA49B263CC39359FACDE370E1A1E11C04<br>File Hash: A4C7C4AB7115D4A2572376FFBE40C246CCFD1664D1B581741D418F0E7B7D0343 | 05/15/2020 18:51:58 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 34 | Info Hash: F15BFAEC98194B3B735A7C0A28E474959240244F<br>File Hash: F30FC4AB87AEB2564D4C4AA5857C12CB53B93DD82EC075208DC13DE0C0988EB3 | 05/15/2020 18:33:41 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |
| 35 | Info Hash: CDB428717D9C325AE13709F5E8B856BAA09B84D4<br>File Hash: 35EB19C9FE15018078773BC8FA36B11A5233B3C63101DF10EF37E675B48DA324 | 05/15/2020 17:21:14 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 6C38232F41EA64DAA5575DD592D16021BEEE98A2<br>File Hash: 52B6F5E4395B792AF8568C229C3F22FD6EAE978F7A3F0C55B21C0ED0216A95D3 | 05/10/2020 06:39:36 | Blacked | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 37 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash: B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 05/10/2020 06:00:52 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 38 | Info Hash: E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6<br>File Hash: FFD661F165FC79B5068F4AF328277B43185657E42070A3D07F13C01C30D0D792 | 05/10/2020 05:23:06 | Blacked | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 39 | Info Hash: C5F97651D6D0ACCAF80962B6D247D3DB106817EF<br>File Hash: E275AC4E3CC73AE8590AFE10FDDB66AD111E7FF023E5E17F9F8AE2B5513A30F8 | 05/07/2020 22:42:50 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 40 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash: A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 05/06/2020 07:05:38 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 41 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 05/05/2020 14:48:09 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 42 | Info Hash: B5468FCB8F6CB1D6D5737022C62C9BCD524DE368<br>File Hash: 20CBE6F727EB01C567CCD3430E0F4D75A57ECC86036B3B6C6AAACF73289EEF62 | 05/01/2020 04:47:49 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 43 | Info Hash: 75AAFCC83F053540C564E26015234507AD59D40E<br>File Hash: 31D0D3686F31F8D213A5D9C8B5727BCE8463A4B28685D2EB05DD71F82B5B2DF4 | 04/30/2020 04:05:40 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 44 | Info Hash: 5FA59DD2A87C8333BF37865F57F8DD8429250516<br>File Hash: 26D181357D18F58D64D4BC97CD1F8D78F6C4D413F030998D2E921674F15F5796 | 04/30/2020 04:02:47 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 8059043743EE83DA79D9AC508FAD5973F2988995<br>File Hash: 59D9849D10DF8FEFE56E42E3F95AA08B03EB405C3BE31DCC0BBBDAA18EE0E804 | 04/30/2020 04:02:09 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 46 | Info Hash: 92EB5D7EDE376D128AFC8878A7325334E2534FDA<br>File Hash: 7C61F266EF8B00566680AE94CEFE28426A98C93D2CF49719663D5EC3BB2C2AC3 | 04/30/2020 03:54:46 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 47 | Info Hash: 0346904DB0D6E27B11FE9A995346E944E19CCE6E<br>File Hash: C7B5E9A9DE1D0417FB7352EE102DE1F8518F2717FA82F7799F0D561762B24FAB | 04/28/2020 00:23:24 | Blacked | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 48 | Info Hash: 63E8C3E37CCD9B8D64EFF3749A46CF55D174AF77<br>File Hash: 9B3E1A96CD2FAACEE8822AB11046E0A85F64BCD5DAB63B0FB6BD1E3EF8810C6F | 04/27/2020 05:13:17 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 49 | Info Hash: 227D6A9850611908E8E69F684A8FC117D3853428<br>File Hash: 17F574CA7757B9130975FDA9D345665B8EBF7CDD512DA0279F7E4510AF5D4B22 | 04/24/2020 04:03:35 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 50 | Info Hash: 3A5C2DBF4856EEEAADADD006FD28DFFF9FECDEFD<br>File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 04/24/2020 03:52:10 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 51 | Info Hash: AC7139A92B97FFA7EC184D05EC879DAB12CB55A1<br>File Hash: DF16A6E0531247C1C792FE0A8B2BC370CBED83E1BEAAFAA86681CA41D732746E | 04/21/2020 02:20:48 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 52 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 04/17/2020 04:02:23 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 53 | Info Hash: 4E63CF04809C917D6DD242980DC1525FEAFC588F<br>File Hash: 11DED15D7D7DC506815685D0C75A2D9129FCA517C6C3407774C4BCD36E854880 | 04/17/2020 01:04:01 | Blacked | 09/07/2018 | 10/16/2018 | PA0002127772 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 8030A2C2D9E0F5481E3C80D541551981755B92D6<br>File Hash: B464C3DB5D6D549844F1F473EEFE97D23D21947CC0099568B87EEB5B39E2427C | 04/17/2020 01:00:30 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |
| 55 | Info Hash: 609925695807CF8D58C61A83C0667EBFACA3059B<br>File Hash: AA82A2D655EFAE26069B693C159D006EA3D308A84159E1F920E2BB80F6B5A1B8 | 04/15/2020 23:49:11 | Blacked Raw | 11/25/2019 | 12/09/2019 | PA0002216263 |
| 56 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 04/03/2020 05:13:00 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 57 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash: 9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 04/03/2020 05:11:27 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 58 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 03/30/2020 03:46:04 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 59 | Info Hash: F70A608080EE69C5B9D8441C04342D089F1A8C1E<br>File Hash: B63EE77DA3835713F6183CA52EB03E35D955AFD6C771DD869F3A6921953BB5AC | 03/28/2020 23:33:01 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 60 | Info Hash: 14B10A509F9801CDB0F3A26FB468B879FA1052C7<br>File Hash: 7111B20609AC2DDD76A51E9E2F4910F0DFD86179DD930790BD97963AE5C365E0 | 03/28/2020 23:31:42 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 61 | Info Hash: 3AE6DC9DEC514352B218937506C2CC49489B66AC<br>File Hash: 80389DD58C2A0EF8455DE7085F761D3D88CFBEE72DE85C6DE4BA4E1C6C44EB80 | 03/27/2020 03:05:12 | Blacked | 02/29/2020 | 04/15/2020 | PA0002246058 |
| 62 | Info Hash: 3C13DFBCED77087173F8CE7A0B2F077D12A321BD<br>File Hash: FC40DC75BA06C6F50BEB2F5BBB1187D357002ED047C2F2FB1440477307223607 | 03/24/2020 03:54:23 | Vixen | 11/20/2017 | 01/04/2018 | PA0002069354 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash: 499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 03/24/2020 03:44:24 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 64 | Info Hash: 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A<br>File Hash: F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 03/24/2020 03:42:44 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 65 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash: 953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 03/24/2020 03:41:11 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 66 | Info Hash: D306BA77FFF8FB1950408ABBB8A5B60FCC00B122<br>File Hash: 62F978246DFABCFA5E6D15572F70F8A97ADFD0D485406942557FD8BF6E48BE77 | 03/22/2020 03:14:12 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 67 | Info Hash: 340388F38581DF5E919342C8EBB209978EEA9633<br>File Hash: C6EADA660D518FE1F1BE432D3C0ABF2A095E0B0E0CDF5A2D7FE4C87E0A364900 | 03/22/2020 03:11:53 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 68 | Info Hash: 9536019879F17F3B90AD722E8B0FAEC984EEEF5A<br>File Hash: 1B470AFFB7BF459EE95FEC985D8EF40364FA790362F7C259BA48CC55F111B858 | 03/12/2020 03:55:46 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 69 | Info Hash: 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash: 98CDC17BC4D0A858192F41FD54802AA61EC55EE5616632DC63F7F18150DC90BA | 02/25/2020 15:05:44 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 70 | Info Hash: BA4548E157820A3DF2C7D690EA08DB61F12C949A<br>File Hash: 95514F92F5CF9A316B04E53BA54298EF21933141B0FACE94D8C1B7C7EE95CE39 | 02/14/2020 16:26:48 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 71 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02/10/2020 21:20:13 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 381BDB453192B9B75233C9EE50A69C3D78761F29<br>File Hash: F986332CADEA2D7A19623774032EEF9155DF5864CDF4CF50D891D6B1D9364FAD | 02/10/2020 19:39:16 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 73 | Info Hash: 74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash: C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 02/10/2020 19:07:10 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 74 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 02/10/2020 18:01:46 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 75 | Info Hash: 400E090F4802B871662C556A82ABFC945392215F<br>File Hash: 06CDD274AF3FF035D9BC76B6AC2622D0E84012889163E9A5F44B28F003362EC8 | 02/10/2020 17:23:55 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 76 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 02/03/2020 15:39:49 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 77 | Info Hash: CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A<br>File Hash: C9D25135B90E91BB6451557A25CFF18DF7E804114218FB4E7CB112E333D037EA | 02/03/2020 15:37:09 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 78 | Info Hash: F71B6258E29CCCB844F6B10A0C999A4FA984732E<br>File Hash: 35AD794BC8783CD3DA9D9A573FCEB39C038928F688D3FB3ED128ACD808EA67FB | 01/24/2020 18:21:46 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 79 | Info Hash: 30DA489597F6D7CBEA57C6287564FA8325DBC4F8<br>File Hash: 1FC7F6CAF9BCD0764A89E8ABD1F6E4A77DC4710FA7FAE67E76670DF36E184092 | 01/22/2020 17:12:21 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 80 | Info Hash: BA6CD2EC59878DE04D2DBD1BE606A797E992F0E1<br>File Hash: BE72A579270CA24C650D11825692FE0AAE78F6BF71059655AF8A0B5E0CBAA6E8 | 01/20/2020 05:43:14 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 60D4D0D1E12592D561B9CA2F5DEC504150B0A393<br>File Hash: C12B33C60AD51B9712D51F693F99BB4758C1C2683D6A6D836CBB74868CFC98A8 | 01/14/2020 19:14:55 | Blacked | 12/16/2019 | 01/22/2020 | PA0002234860 |
| 82 | Info Hash: 16AF3492CFB86AA584736ACDFF55C24A08EB5A12<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 01/14/2020 19:12:30 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 83 | Info Hash: 89FD3837A3C4E4D5E5C8398F16D7B3E4869B7A78<br>File Hash: 8B9344D2CF0B407F44FBCED3BE40E1321D9950A5D2CE477EF7246A98FABBF8F8 | 01/06/2020 04:38:41 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 84 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 12/29/2019 04:42:36 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 85 | Info Hash: 3D6417380243CB23F0AF15982571F8C8B9F61CDD<br>File Hash: 429FE0C66A46BB5D6AB040B51F3952BC167E688D11D4EDF4F5633849F239BAFE | 11/30/2019 03:39:09 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 86 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675<br>File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 11/30/2019 03:37:41 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 87 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 11/30/2019 03:37:39 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 88 | Info Hash: A035AD89D17FFA204EA1669362F8A2B2947F1D32<br>File Hash: CF5FB70A15A302ADB5C7DC51AA916F5E8F5D7D52373FBEEAB74056948FEF6203 | 11/30/2019 03:37:11 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |