UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) )  ) |
| Plaintiff, | ) ) Civil Case No. 2:20-cv-04113-JP |
| v. | ) ) Judge John R. Padova |
| JOHN DOE infringer identified as using IP address 100.14.104.114, | ) ) ) ) |
| Defendant. | ) ) ) |

**PROPOSED ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL, MAINTAIN PSEUDONYM IDENTIFIER IN CASE CAPTION, AND FOR CONSENT PROTECTIVE ORDER.**

THIS CAUSE came before the Court upon Plaintiff's Motion for (1) leave to file Plaintiff's unredacted Amended Complaint, Amended Civil Cover Sheet, Proposed Summons, and Proof of Service/Waiver of Service under seal; (2) an order directing the Clerk of the Court to maintain a pseudonym identifier in case caption; and (3) entry of a consent protective order ("Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Motion is granted as follows:

1. Plaintiff is granted leave to file an unredacted version of its Amended Complaint, Amended Civil Cover Sheet, Proposed Summons, and Proof of Service/Wavier of Service under seal.  Any document filed under seal must also be electronically filed in redacted form on the public docket, with redactions made only to remove Defendant's name, address, alleged connections between Defendant's social media (or other information) and their alleged BitTorrent activity, and/or the names and addresses of any person associated with Defendant.

1

2. The Clerk of the Court shall file the approved summons under seal and provide Plaintiff's counsel with a copy to effectuate service.

3. The Clerk of the Court shall maintain the caption of this case identifying Defendant as "John Doe infringer identified as using IP address 100.14.104.114."

4. In the event the parties seek to file additional documents containing Defendant's name, address, alleged connections between Defendant's social media and their alleged BitTorrent activity, and/or the names and addresses of any person associated with Defendant, such documents must be filed under seal, pursuant to Local Civil Rule 5.1.2(7), and an appropriately redacted version must be electronically filed on the public docket.

SO ORDERED this _____ day of _____, 202__.

_____
**UNITED STATES DISTRICT JUDGE**