# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 100.14.104.114, ) <br> ) <br> Defendant. ) | Civil Case No. 2:20-cv-04113-JP |

## ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE

THIS CAUSE came before the Court upon Plaintiff's Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant with a summons and Complaint (the "Application"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Application is granted.  Plaintiff shall have until January 29, 2021 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this _28th_ day of ___December_____, 2020.


By:__/s/ John R. Padova_____
**UNITED STATES DISTRICT JUDGE**