IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE infringer identified as using IP address 100.14.104.114 | : : | NO. 20-4113 |

## ORDER

**AND NOW**, this 30th day of December, 2020, upon consideration of Plaintiff's "Motion for Leave to File Documents Under Seal, Maintain Pseudonym Identifier in Case Caption, and for Consent Protective Order" (Docket No. 7), **IT IS HEREBY ORDERED** that the Motion is **GRANTED N PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** on a temporary basis to the extent that it seeks leave to maintain the pseudonym identifier in the case caption. The Clerk of Court shall, until further order of the Court, maintain the caption of this case identifying Defendant as "John Doe infringer identified as using IP address 100.14.104.114."

2. The Motion is further **GRANTED** on a temporary basis insofar as Plaintiff seeks leave to file an unredacted version of its Amended Complaint, Amended Civil Cover Sheet and Proof of Service/Waiver of Service under seal.

3. Plaintiff shall file on the public docket its Amended Complaint, Amended Civil Cover Sheet and Proof of Service/Waiver of Service in a redacted form, with redactions limited to Defendant's name, address, alleged connections between Defendant's social media (or other information) and alleged BitTorrent activity, and/or the names and addresses of any person associated with Defendant.

4. If Defendant would like his personal identifying information to remain under seal, **he must file a motion to proceed anonymously no later than thirty days after his counsel's entry of appearance**. If Defendant does not file a motion to proceed anonymously within the designated time period, the Court will lift the seal.

5. If either party desires to file additional documents that contain Defendant's name, address, alleged connections between Defendant's social media (or other information) and alleged BitTorrent activity, and/or the names and addresses of any person associated with Defendant before this Court rules on any motion to proceed anonymously or lifts the seal pursuant to ¶ 4, whichever occurs first, the party shall file such documents under seal, with a redacted version electronically filed on the public docket.

6. The Clerk of Court shall file the approved summons under seal and provide Plaintiff's counsel with a copy to effectuate service.

7. Plaintiff's Motion is **DENIED** without prejudice to the extent that it requests that we enter a Consent Protective Order.[1]

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.

---

[1] Plaintiff seeks entry of a "Consent Protective Order" yet admits that it has "not made any attempt to communicate with Defendant" so that Defendant has not had the opportunity to give or withhold consent to the entry of a protective order in this action. Accordingly, we deny the request for a Consent Protective Order without prejudice to Plaintiff filing a Motion for Protective Order once it has discussed the matter with the Defendant.