**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 2:20-cv-04113-JP |
| | ) |
| v. | ) Judge John R. Padova |
| | ) |
| JOHN DOE infringer identified as using IP address 100.14.104.114, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAW OF PLAINTIFF'S APPLICATION**

On January 7, 2021, Plaintiff Strike 3 Holdings, LLC ("Plaintiff" or "Strike 3") submitted an Application to the Court for an Order permitting the Clerk of the Court to Provide Plaintiff's Counsel with a stamp-filed copy of the sealed Amended Complaint (and associated documents) (the "Application") (ECF No. 11).  Shortly thereafter, the Clerk of the Court provided Plaintiff's counsel with the requested documents.  Accordingly, Plaintiff's Application is hereby withdrawn as moot.

Dated: January 7, 2021                          Respectfully submitted,

By:  */s/ John C. Atkin*
John C. Atkin, Esq. (326957)
JAtkin@atkinfirm.com
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel.: (973) 314-8010
Fax: (833) 693-1201
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

Pursuant to Local Civil Rule 5.1.2(8)(b), I certify that on the date set forth below, I caused a copy of this Notice to be filed electronically and that they are available for viewing and downloading from the ECF system.

Dated: 01/07/2021

> */s/ John C. Atkin, Esq.*
> John C. Atkin, Esq.