UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE infringer identified as using IP Address 100.14.104.114, <br><br> Defendant. | Civil Case No. 2:20-cv-04113 |

**ORDER ON PLAINTIFF'S APPLICATION FOR AN ORDER PERMITTING THE CLERK OF THE COURT TO PROVIDE PLAINTIFF'S COUNSEL WITH A STAMP-FILED COPY OF THE SEALED AMENDED COMPLAINT FOR SERVICE**

THIS CAUSE came before the Court upon Plaintiff's Application for an Order permitting the Clerk of the Court to Provide Plaintiff's Counsel with a stamp-filed copy of the sealed Amended Complaint (and associated documents) (the "Application"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Application is granted. The Clerk of the Court shall provide Plaintiff's counsel, via email, with a stamp-filed copy of the sealed Amended Complaint (unredacted), Exhibit A, and Amended Civil Cover Sheet (unredacted), filed at ECF No. 10.

SO ORDERED this 7th day of January, 2021.

By:_____/s/ John R. Padova_____
**UNITED STATES DISTRICT JUDGE**