## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **JOHN DOE infringer identified as using IP address 100.14.104.114**, <br><br> *Defendant.* | Civil Case No. 2:20-cv-04113-JP <br><br> **DECLARATION OF JOHN DOE** |

1. I, **Redacted**, am the defendant in the above captioned case, make this Declaration in support of my application (1) directing the Clerk of the Court to maintain the case caption for this matter with a John Doe pseudonym; (2) continuing the redacted status of documents previously filed by plaintiff (Amended Complaint, Amended Civil Cover Sheet, proposed summons, and the Summons returned executed under seal); and (3) enter a consent protective order, requiring that all future documents containing my real name and address be filed under seal (with a redacted version filed concurrently).

2. I have personal knowledge of the facts contained herein.

3. I am the subscriber of the internet account which is referred to in plaintiff's Complaint.

4. I deny committing any copyright infringement and am unaware of any infringement having taken place using my IP address.

5. Nevertheless, merely being named or otherwise identified in this case creates significant complications for me. This because I am a freelance and contract artist and always seeking new customers and need to maintain existing customers. I also may be transitioning jobs

soon and am worried that merely being named in this suit would endanger my current and future client relations and future employment prospects.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Redacted

Dated: January 29, 2021